**SO ORDERED**

The Motion to Extend Automatic Stay as to Anna Franklin (Doc. 23) is Continued to March 30, 2023, at 11:00 AM in Courtroom 7 North.

**Jan 30, 2023**

*Kathy A. Surratt-States*
KATHY A. SURRATT-STATES
United States Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| In Re: ) | |
| ) | Case No. 22-43998-659 |
| Anna Franklin & Robert Franklin, Jr., Debtor, ) | |
| ) | Chapter 13 |
| ) | |
| Anna Franklin, Movant, ) | |
| ) | Notice of Hearing and Motion for |
| vs. ) | Expedited Hearing |
| ) | |
| Diana S. Daugherty, Jr., Trustee, ) | Hearing Date: 1/26/2023 |
| ) | Hearing Time: 11:00 A.M. |
| and ) | Hearing Location: 7N |
| ) | |
| All other interested Parties. ) | Response Date: 1/25/2023 |
| ) | |
| Respondents. ) | |

## EXPEDITED NOTICE OF HEARING AND MOTION TO EXPEDITE HEARING

**PLEASE TAKE NOTICE**, Debtor Anna Franklin by and through her attorney, is seeking an Order on her Motion to Extend the Automatic Stay. The Motion was filed on January 20, 2023 and will be called for hearing before the Honorable Kathy Surratt-States, Thomas F. Eagleton Building (U.S. Courthouse), 111 South Tenth Street, Courtroom 7 North, St. Louis, MO on January 26, 2023 at 11:00 a.m.

**WARNING: THIS MOTION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU. IF YOU OPPOSE THE MOTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE. IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY. YOU MUST FILE AND SERVE YOUR RESPONSE BY 1/25/2023. YOUR RESPONSE MUST STATE WHY THE MOTION SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU. IF YOU OPPOSE THE MOTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING. THE DATE IS SET OUT ABOVE. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE MOTION AT THE HEARING. REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEYS.**

Comes now, the above Debtor, and for the Motion for Expedited Hearing, alleges as follows:

1. Debtor filed a Chapter 13 petition for bankruptcy on 12/27/22.

2. Debtor has filed a Motion to Extend the Automatic Stay.

3. Debtor filed the remaining bankruptcy schedules, financial statements, and Chapter 13 plan today.

4. Debtor requests the Motion to Extend the Automatic Stay be heard on an expedited basis because the 26th of January is the only remaining hearing date on which the Motion to Extend the Stay can be heard pursuant to 11 U.S.C. § 362(c)(3)(B).

5. Debtor's husband was ill after the new year and required hospitalization. It took longer than anticipated time to gather and prepare the documents necessary to complete the Chapter 13 filing requirements. The information contained in these remaining bankruptcy filings represent the basis for the Motion to Extend the Automatic Stay. Debtor believes a change in circumstances has been adequately represented.

Wherefore, based on the foregoing, the Debtor requests that the Court enter an expedited order allowing the Motion to Extend the Automatic Stay.

Respectfully submitted,

TIMOTHY P. POWDERLY

/s/    Tim    Powderly
Timothy P Powderly, #64092MO
11965 St. Charles Rock Rd., Suite. 202

St. Louis, MO 63044
Tel: 314-770-9890 / Fax: 314-739-1355
Tim@Powderlylaw.com
ATTORNEY FOR DEBTOR

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was served upon the following electronically through system of the court on January 20, 2023:

Diana S. Daugherty
standing_trustee@ch13stl.com, trust33@ch13stl.com

Office of US Trustee
USTPRegion13.SL.ECF@USDOJ.goy

The undersigned hereby also certifies that a true copy of the foregoing documents was served upon each of the following by regular mail at the addresses set forth in the exhibit which is attached hereto on January 20, 2023:



 __/s/ Tim Powderly_____